UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br>Plaintiffs, <br><br>v. <br><br>WALTERS & WOLF GLASS COMPANY, <br><br>Defendant. | Case No. 20-cv-04940-JST (RMI) <br><br>**ORDER RE: MOTION TO COMPEL DISCOVERY** <br><br>Re: Dkt. No. 24 |

Plaintiffs Operating Engineers' Health and Welfare Trust Fund for Northern California, *et al.* ("Plaintiffs"), and Defendant Walters & Wolf Glass Company, a California Corporation ("Defendant" or "Walters & Wolf"), by and through their respective counsel of record, hereby resolved their dispute and agreed to the following:

1. Whereas a discovery hearing was held on May 11, 2021;

2. the Parties agreed that Defendant's Counsel will provide Plaintiffs' counsel with job cost reports for the O Street State Office Building Project, and the P Street State Office Building Project, both of which have been redacted as to dollar amounts;

3. Plaintiffs' counsel will provide the job cost reports to Plaintiffs' independent auditor for review;

4. if the independent auditor determines that certain dollar amounts on the job cost reports are necessary to complete the audit, Plaintiffs' Counsel shall identify the specific information being requested and articulate the need for the information to Defendant's Counsel, and Counsel for the Parties shall meet and confer in an attempt to reach a resolution; and,

5. in the event that the Parties find that they continue to be at an impasse following meaningful efforts to meet and confer, the Parties shall promptly file a joint letter brief outlining the dispute.

**IT IS SO ORDERED.**

Dated: May 12, 2021

_____
ROBERT M. ILLMAN
United States Magistrate Judge